# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s)<br>vs.<br>JAMES SORTER<br>Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 17-CR-4077-LTS<br>Presiding Judge: Kelly Mahoney, Magistrate<br>Deputy Clerk: Paige Burnham<br>Official Court Record: Shelly Semmler |

| Date: | 01/24/2017 | Start: | 2:10 p.m. | Adjourn: | 2:52 p.m. | | Courtroom: | SC 1st flr |
|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | | Telephonic? |
| Appearances: | Plaintiff(s): | Tim Duax, AUSA | | | | | | |
| | Defendant(s): | Jim McGough, CJA appointment (defendant appears personally) | | | | | | |
| | U.S. Probation: | Matt Sturdevant | | | | | | |
| | Interpreter: | n/a | | Language: | | | Certified: | Phone |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | Continued from a previous date? |
|---|---|---|---|
| **DETENTION:** x **OR** | **REVOCATION:** **OR** | | **PRELIMINARY EXAMINATION** |

| Moving party: | | |
|---|---|---|
| Nature of proceeding: | | Ruling: |
| Review of detention or conditions | x | The court finds the defendant has rebutted the presumption of detention. The court finds that the defendant poses a risk of flight but that conditions exist to assure his appearance in court. The court finds that the defendant poses a danger to the community and that no conditions exist to assure the safety of the community. Defendant detained. Order to follow. |
| Revocation of pretrial release | | |
| Revocation of supervised release | | |
| Preliminary examination | | |
| **Witness/Exhibit List is** | Government: Matt Sturdevant, direct, cross<br>Defendant: Melissa Sorter, direct, cross, redirect | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| | **Miscellaneous:** | |